In the Matter of the Accounting of CITY BANK FARMERS TRUST COMPANY, as Trustee under an Agreement Made by ELIZABETH B. VON DER DECKEN, Now Deceased, Respondent. TOM C. CLARK, Attorney General of the United States, as Successor to the Alien Property Custodian, Appellant; ALFRED W. BERGREN, as Guardian ad Litem of DAGMAR VON DER DECKEN and Another, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See *ante*, p. 764.]